**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA

v.

                                            Case No. 2:25-cr-03452-MIS

DAVID AMAYA,

        Defendant.

**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO
18 U.S.C. § 3582(c)(2)**

THIS MATTER is before the Court on Defendant David Amaya's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 ("Motion"), ECF No. 32, filed May 29, 2026.  Petitioner seeks a reduction of sentence pursuant to Amendment 821 to the United States Sentencing Guidelines "in relation to 'Status Points' and/or 'zero-point offenders . . . .'" Mot. at 1.  Defendant also filed a Motion for Appointment of Counsel "for him to better articulate his case" with regard to the Motion.  ECF No. 33.

Pursuant to 18 U.S.C. § 3582(c)(2), a court may reduce the term of imprisonment for a defendant "'who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)' and made retroactive pursuant to § 994(u)."  Dillon v. United States, 560 U.S. 817, 824 (2010) (quoting 18 U.S.C. § 3582(c)(2)).

Defendant is not entitled to a sentence reduction under Section 3582(c)(2) because Amendment 821 became effective before Defendant was sentenced.  Specifically, Amendment 821 became effective November 1, 2023, see United States Sentencing Commission, Amend. 821, https://perma.cc/KP4H-HMYC, and Defendant was sentenced December 10, 2025, see Sentencing Minute Sheet, ECF No. 30; Judgment at 1, ECF No. 31.  Thus, his sentencing range was not

"subsequently lowered" by Amendment 821, <u>Dillon</u>, 560 U.S. at 824, and he is not entitled to a sentence reduction under 18 U.S.C. § 3582(c)(2).

Accordingly, it is **HEREBY ORDERED** that Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, ECF No. 32, is **DENIED**. Defendant's Motion for Appointment of Counsel, ECF No. 33, is **DENIED AS MOOT**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2